## Consumers Company, Appellee, v. Belsan Plastering Company, Appellant.

### Gen. No. 44,358.

opinion filed March 29, 1948; released for publication April 9, 1948. Jesse Marcus, for appellant; Jaffe & Green, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Estelle R. Firebaugh et al., Appellants, v. Francis W. McGovern et al., Appellees.

### Gen. No. 44,376.

